## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Nsser S. Almonthri aka Nsser S. Al Monthri

              Esraa Alshamari aka Esraa Al Shamari aka Esraa Al-Shamari aka Esraa Almonthri

              Debtor(s)

CHAPTER 7

BKY. NO. 26-21074 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
28 Apr 2026, 12:52:30, EDT

Matthew Fissel, Esq. (314567)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com