Certificate Number: 17082-PAW-DE-041074378

Bankruptcy Case Number: 26-21074



17082-PAW-DE-041074378

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 8, 2026</u>, at <u>8:51</u> o'clock <u>AM MST</u>, <u>NSSER ALMONTHRI</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>June 9, 2026</u>                By:  <u>/s/Orsolya K Lazar</u>

                                Name:  <u>Orsolya K Lazar</u>

                                Title:  <u>Executive Director</u>