Certificate Number: 17082-PAW-DE-041074361

Bankruptcy Case Number: 26-21074



17082-PAW-DE-041074361

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 8, 2026, at 8:51 o'clock AM MST, ESRAA ALSHAMARI completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 9, 2026                         By:     /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:   Executive Director