**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Nsser S. Almonthri | Social Security number or ITIN | xxx–xx–8453 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | Esraa Alshamari | Social Security number or ITIN | xxx–xx–5834 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   26–21074–CMB

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nsser S. Almonthri
aka Nsser S. Al Monthri, fka Nasser Faaeq

Esraa Alshamari
aka Esraa Al Shamari, aka Esraa Al–Shamari, aka Esraa Almonthri

7/27/26

**By the court:**  Carlota M Bohm
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

Western District of Pennsylvania

In re:
Nsser S. Almonthri

Esraa Alshamari
    Debtors

Case No. 26-21074-CMB

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3

Date Rcvd: Jul 27, 2026      Form ID: 318      Total Noticed: 36

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nsser S. Almonthri, Esraa Alshamari, 9145 Timberglen Drive, Imperial, PA 15126-9251 |
| 16660224 | + | Metz Lewis Brodman Must O'Keefe LLC, 444 Liberty Avenue, Suite 2100, Pittsburgh, PA 15222-1222 |
| 16660242 | + | ZB Properties, LP, 2500 Eldo Road, Monroeville, PA 15146-1479 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Jul 28 2026 04:28:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Jul 28 2026 04:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16660208 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 28 2026 00:36:00 | America Honda Finance Corp., PO Box 168128, Irving, TX 75016-8128 |
| 16660209 | + | EDI: BANKAMER | Jul 28 2026 04:28:00 | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 16660210 | + | EDI: TSYS2 | Jul 28 2026 04:28:00 | Barclay's Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 16660214 | + | Email/Text: bankruptcynotices@sba.gov | Jul 28 2026 00:36:00 | CESC - Covid EIDL Service Center, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 16660213 | | EDI: CAPITALONE.COM | Jul 28 2026 04:28:00 | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 16660211 | + | EDI: CAPITALONE.COM | Jul 28 2026 04:28:00 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16660215 | + | EDI: CITICORP | Jul 28 2026 04:28:00 | Citi, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 16660216 | | EDI: CITICORP | Jul 28 2026 04:28:00 | Citi, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 16660217 | | EDI: CITICORP | Jul 28 2026 04:28:00 | Citi Cards, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 16660218 | + | EDI: CITICORP | Jul 28 2026 04:28:00 | Citibank, P.O. Box 6181, Sioux Falls, SD 57117-6181 |
| 16660219 | + | EDI: CITICORP | Jul 28 2026 04:28:00 | Home Depot / Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2026 | Form ID: 318 | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| 16660220 | | EDI: CAPITALONE.COM | Jul 28 2026 04:28:00 | Kohl's/Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16660221 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 28 2026 00:36:00 | Loancare, PO Box 37628, Philadelphia, PA 19101-0628 |
| 16660222 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 28 2026 00:36:00 | Loancare, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 16662196 | + | EDI: PENNDEPTREV | Jul 28 2026 04:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 16660225 | ^ | MEBN | Jul 28 2026 00:28:46 | Ratchford Law Group, PC, 54 Glenmaura National Blvd, Suite 104, Moosic, PA 18507-2161 |
| 16660227 | | Email/Text: bankruptcynotices@sba.gov | Jul 28 2026 00:36:00 | SBA, PO Box 3918, Portland, OR 97208-3918 |
| 16660228 | | Email/Text: bankruptcynotices@sba.gov | Jul 28 2026 00:36:00 | Small Business Administration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 16660229 | + | EDI: SYNC | Jul 28 2026 04:28:00 | Syncb/Ashley Homestores, PO Box 71757, Philadelphia, PA 19176-1757 |
| 16660231 | | EDI: SYNC | Jul 28 2026 04:28:00 | Synchrony Bank, PO Box 71737, Philadelphia, PA 19176-1737 |
| 16660230 | | EDI: SYNC | Jul 28 2026 04:28:00 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 16660232 | + | EDI: SYNC | Jul 28 2026 04:28:00 | Synchrony Bank/JC Penney, PO Box 71746, Philadelphia, PA 19176-1746 |
| 16660233 | + | EDI: SYNC | Jul 28 2026 04:28:00 | Synchrony Bank/JCP, PO Box 71746, Philadelphia, PA 19176-1746 |
| 16660234 | | EDI: SYNC | Jul 28 2026 04:28:00 | Synchrony Bank/JCP, PO Box 71719, Philadelphia, PA 19176-1719 |
| 16660235 | + | EDI: SYNC | Jul 28 2026 04:28:00 | Synchrony Bank/Lowes, PO Box 71746, Philadelphia, PA 19176-1746 |
| 16660236 | + | EDI: TDBANKNORTH.COM | Jul 28 2026 04:28:00 | TD Retail Card Services, PO Box 731, Mahwah, NJ 07430-0731 |
| 16660237 | ^ | MEBN | Jul 28 2026 00:28:49 | TDRCS / Samsung, PO Box 100270, Columbia, SC 29202-3270 |
| 16660238 | + | EDI: CITICORP | Jul 28 2026 04:28:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 16660239 | | Email/Text: BCN@timepayment.com | Jul 28 2026 00:36:00 | Time Payment Corp, 16 NE Exec Office Park Ste 200, Burlington, MA 01803 |
| 16660240 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 28 2026 00:36:00 | Transworld Systems Inc., 500 Virginia Dr, Ste 514, Fort Washington, PA 19034-2733 |
| 16660241 | | Email/Text: bankruptcydepartment@tsico.com | Jul 28 2026 00:36:00 | Transworld Systems Inc., PO Box 15616, Wilmington, DE 19850-5616 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 16660212 | *+ | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16660226 | * | Ratchford Law Group, PC, 54 Glenmaura National Blvd, Suite 104, Moosic, PA 18507-2161 |
| 16660223 | ##+ | Metz Lewis Brodman Must O'Keefe LLC, 535 Smithfield Street, Suite 800, Pittsburgh, PA 15222-2305 |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jul 27, 2026 | Form ID: 318 | Total Noticed: 36
TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David J. Romito | on behalf of Debtor Nsser S. Almonthri romitoesq@verizon.net  romitoesq@comcast.net |
| David J. Romito | on behalf of Joint Debtor Esraa Alshamari romitoesq@verizon.net  romitoesq@comcast.net |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | crawfordmcdonald@aol.com  PA68@ecfcbis.com |

TOTAL: 5